UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Judith Tompson

        v.                      Civil No. 16-cv-168-JL

NH Department of Health and Human Services

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 8, 2016.

**SO ORDERED.**

_____
Joseph N. Laplante
Chief Judge

Date: June 27, 2016

cc:   Judith Tompson