UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2016 JUL 25  A 11: 27

Judith Tompson

v.                                       CASE NO. 1:16-cv-00168-JL

NH Department of Health and Human Services

---

### NOTICE OF APPEAL

to

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

NOTICE is hereby given that the Plaintiff, Judith Tompson, in the above mentioned case hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment of the United States District Court, District of New Hampshire, on 06/28/16, in this action on this the twenty-second day of July in the year two thousand and sixteen.

Signed this 22nd day of July 2016.

Judith Tompson, pro se
9 Lancelot Court #8
Salem, NH 03079
(603) 898-1737

I certify that a copy of the foregoing NOTICE OF APPEAL was mailed to counsel for the defendant, Attorney Buonomano, on this date at the following office address:

NH AG Office at 33 Capitol Street in Concord, NH 03301.

Judith Tompson, pro se