# United States Court of Appeals
## For the First Circuit

No. 16-2010

JUDITH TOMPSON,

Plaintiff, Appellant,

v.

NEW HAMPSHIRE DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant, Appellee.

Before

Lynch, Kayatta and Barron,
Circuit Judges.

**JUDGMENT**

Entered: December 5, 2017

   Appellant seeks review of the district court's dismissal of the underlying action on res judicata and Rooker-Feldman grounds. We have reviewed relevant portions of the record. The district court properly concluded that the action was barred by res judicata principles under New Hampshire law, see Appeal of Morrissey, 165 N.H. 87, 92 (2013), and that the action, therefore, was precluded under 28 U.S.C. § 1738 (requiring federal courts to give state court judgments the same preclusive effect in federal court as would be given in the courts of the state in which the judgment was rendered). See In re Sonus Networks, Inc., 499 F.3d 47, 56 (1st Cir. 2007) (de novo review of res judicata dismissal).

   Moreover, the district court correctly concluded that Appellant's federal action also was barred by the Rooker-Feldman doctrine, which prevents federal district courts from exercising jurisdiction over "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 284 (2005); see also Puerto Ricans For Puerto Rico Party v. Dalmau, 544 F.3d 58, 66 (1st Cir. 2008) (de novo review for Rooker-Feldman dismissal).

   AFFIRMED.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Judith Tompson